# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2282
_____

JAMES LEE BALLARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Alachua County.
James M. Colaw, Judge.


August 14, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


William Braley Salmon, Micanopy, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.